James Harris, Trading as Harris Electric Supply Company, Appellee, v. G. M. McKnight, Trading as G. M. Manufacturing Company, Appellant.

Gen. No. 41,036.

Heard in third division, first district, this court at December term, 1939; opinion filed April 10, 1940. Allen & Darlington, for appellant; Glynn J. Elliott, of counsel; Irving H. Weiss, for appellee. Opinion by JUSTICE BURKE. ''Not to be published in full.''